UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
SEP 28 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:16CR00429 HEA/PLC |
| ) | |
| DESHAWN DENTON, KENDREAL ) | |
| GRAHAM, and KHYLON HAMPTON, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 7, 2016, in the City of St. Louis within the Eastern District of Missouri,

**DESHAWN DENTON and
KENDREAL GRAHAM,**

the Defendants herein, acting together, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2009 Dodge Journey, vehicle identification number ("VIN") 3D4GG57V89T600406, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about February 7, 2016, in the City of St. Louis within the Eastern District of Missouri,

**DESHAWN DENTON and**
**KENDREAL GRAHAM,**

the Defendants herein, acting together, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, armed carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A).

### COUNT THREE

The Grand Jury further charges that:

On or about February 9, 2016, in the City of St. Louis within the Eastern District of Missouri,

**DESHAWN DENTON,**
**KENDREAL GRAHAM, and**
**KHYLON HAMPTON,**

the Defendants herein, acting together, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2016 Nissan Maxima, vehicle identification number ("VIN") 1N4AA5AP5EC449504, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT FOUR

The Grand Jury further charges that:

On or about February 9, 2016, in the City of St. Louis within the Eastern District of Missouri,

**DESHAWN DENTON,**
**KENDREAL GRAHAM, and**
**KHYLON HAMPTON,**

the Defendants herein, acting together, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, armed carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

The Grand Jury further charges that:

On or about February 9, 2016, in the City of St. Louis within the Eastern District of Missouri,

**DESHAWN DENTON,**
**KENDREAL GRAHAM, and**
**KHYLON HAMPTON,**

the Defendants herein, acting together, did unlawfully and willfully seize, confine, kidnap, abduct and carry away and hold M.U. and B.R. in order to obtain money and/or other property from them, and, in committing or in furtherance of the commission of the offense, did willfully transport M.U. and B.R. and travel in interstate commerce from Missouri to Illinois.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2, and punishable under Title 18, United States Code, Section 1201(a).

## COUNT SIX

The Grand Jury further charges that:

On or about February 9, 2016, in the City of St. Louis within the Eastern District of Missouri,

**DESHAWN DENTON,**
**KENDREAL GRAHAM, and**
**KHYLON HAMPTON,**

the Defendants herein, acting together, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, kidnapping, in violation of Title 18, United States Code, Section 1201, as set forth in Count Five.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney